**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| 4040 West Peoria, LLC, | ) | No. CV-11-2155-PHX-SMM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Fireman's Fund Ins. Co., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 112.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED VACATING** the status hearing set for Wednesday, September 4, 2013 at 4:30 p.m.

DATED this 3rd day of September, 2013.

Stephen M. McNamee
Senior United States District Judge